| | | |
|---|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney | |
| 2 | AMANDA BECK<br>Assistant United States Attorney | FILED |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 | SEP 21 2018 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |
| 5 | | BY _____ DEPUTY CLERK |
| 6 | Attorneys for Plaintiff<br>United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | IN THE MATTER OF THE APPLICATION<br>OF THE UNITED STATES OF AMERICA<br>FOR SEARCH WARRANTS CONCERNING: | [~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
| 12 | 15 Rio Camino Court, Sacramento, California | 2:18-SW-0739 KJN |
| 13 | 3650 18TH Avenue, Sacramento, California | 2:18-SW-0740 KJN |
| 14-16 | Black Chevrolet Camero with California license plate number 7BHS764 – parked inside the garage at 15 Rio Camino Court, Sacramento, California | 2:18-SW-0754 KJN |
| 17-19 | Black Honda Accord with California license plate number 7WIS325 – parked in the driveway of 15 Rio Camino Court, Sacramento, California | 2:18-SW-0755 KJN |
| 20-22 | White GMC Yukon with California license plate number 7ZPY065 – parked in the driveway of 15 Rio Camino Court, Sacramento, California | 2:18-SW-0756 KJN |
| 23-25 | Black BMW with California license plate number 8DGU746– parked partially in the driveway of 15 Rio Camino Court, Sacramento, California | 2:18-SW-0757 KJN |
| 26-27 | Samsung Galaxy Note 8 with IMEI #358503081705528, CURRENTLY LOCATED AT 2001 Freedom Way, Roseville, California | 2:18-SW-0779 CKD |

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT
AFFIDAVITS

1

| 1 | 14 Electronic Devices seized from the residence | 2:18-SW-0780 CKD |
| 2 | 15 Rio Camino Court, Sacramento, CA pursuant to 2:18-SW-739 KJN, currently | |
| 3 | located 2001 Freedom Way, Roseville, CA | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 9/21/2018

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE